PENNY M. COSTA (SBN 110373)
costap@ballardspahr.com
**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**
2029 Century Park East, Suite 800
Los Angeles, California 90067-2909
Telephone: (424) 204-4400
Facsimile: (424) 204-4350

Attorneys for Defendant YOOX Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY,<br><br>        Plaintiff,<br><br>        v.<br><br>YOOX CORPORATION, a New Jersey Corporation,<br><br>        Defendant. | CASE NO. 1:08-CV-00915-AWI-DLB<br><br>**ORDER EXTENDING TIME FOR DEFENDANT YOOX CORPORATION TO RESPOND TO COMPLAINT** |

    Good cause appearing,

    IT IS HEREBY ORDERED that Defendant YOOX Corporation shall have up to and including September 10, 2008 in which to respond to the Complaint in the above-captioned matter.

DATED: 8 September, 2008          /s/ Dennis L. Beck
                                               U. S. MAGISTRATE JUDGE

DMWEST #6711095 v1